# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2017

*The Court of Appeals hereby passes the following order:*

**A18I0033. JOHN KEITH WHITE et al. v. NICHOLLE JEANETTE GENS, ADMINISTRATOR.**

In this quiet title action, plaintiff Nicholle Jeanette Gens and the defendants filed cross-motions for summary judgment on the defendants' counterclaim for reformation of a deed. In an order entered on July 17, 2017, the trial court granted the plaintiff's motion and denied the defendants' motion. After obtaining a certificate of immediate review, the defendants on August 4, 2017 filed identical timely applications for interlocutory review in this Court (Case No. A18I0008) and the Georgia Supreme Court (Case No. S17I2025). On August 24, 2017, the Georgia Supreme Court transferred the application filed there to this Court. See Case No. S17I2025. But before the transfer order was received by this Court, we granted the defendants' application for interlocutory review in Case No. A18I0008 because a grant of summary judgment is reviewable by direct appeal. See Case No. A18I0008 (granted August 28, 2017).

The defendants are advised that it is neither necessary nor useful under any circumstances for an appealing party to present identical applications to this Court

and the Supreme Court. Because we have already granted the defendants' application in Case No. A18I0008, this identical application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/10/2017__
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*